UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BELEAL GARCIA-GONZALEZ | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-14 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's Motion for the Return of Property, and Plaintiff's objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of Plaintiff's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 11 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that Plaintiff's Motion for the Return of Property be **DENIED** and that this action be **DISMISSED** for failure to prosecute.

The Clerk shall send a copy of this Order to Plaintiff.

SO ORDERED this 18th day of March, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge